# EXHIBIT "A"

### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Tepezza Products Liability Litigation          MDL No. _____

## AMENDED SCHEDULE OF ACTIONS

|   | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Plaintiff(s):* Daniel Weibel<br><br>*Defendant(s):* Horizon Pharmaceuticals, Inc.<br><br>*Movant:* Norma Perez Diaz | Northern District of Illinois | 1:22-cv-04518 | Harry D. Leinenweber |
| 2 | *Plaintiff(s):* Lisa Christian Nethery<br><br>*Defendant(s):* Horizon Pharmaceuticals, Inc. | Northern District of Illinois | 1:22-cv-05005 | Harry D. Leinenweber |
| 3 | *Plaintiff(s):* Donna Walker<br><br>*Defendant(s):* Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:22-cv-06375 | Nancy L. Maldonado |
| 4 | *Plaintiff(s):* Gloria Pledger<br><br>*Defendant(s):* Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:22-cv-06562 | John Robert Blakey |
| 5 | *Plaintiff(s):* Kimberly Perez<br><br>*Defendant(s):* Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:22-cv-06718 | Andrea R. Wood |
| 6 | *Plaintiff(s):* Rachel Snyder<br><br>*Defendant(s):* Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:22-cv-06747 | Thomas M. Durkin |
| 7 | *Plaintiff(s):* John Ingram<br><br>*Defendant(s):* Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:22-cv-06836 | Jorge L. Alonso |

| | | | | |
|---|---|---|---|---|
| 8 | *Plaintiff(s):* Andrea Leeds<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:22-cv-06837 | Nancy L. Maldonado |
| 9 | *Plaintiff(s):* Cynthia Williams<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:22-cv-06838 | Matthew F. Kennelly |
| 10 | *Plaintiff(s):* Karen Lucci<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:22-cv-07351 | John Robert Blakey |
| 11 | *Plaintiff(s):* Lenda Krone<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:23-cv-00069 | Steven C. Seeger |
| 12 | *Plaintiff(s):* Karen Scott<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:23-cv-00803 | Mary M. Rowland |
| 13 | *Plaintiff(s):* John Fisher<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:23-cv-00805 | Manish S. Shah |
| 14 | *Plaintiff(s):* Norma Perez Diaz<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of Illinois | 1:23-cv-00896 | Thomas M. Durkin |
| 15 | *Plaintiff(s):* Margaret Lukowski<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of California | 5:23-cv-01159 | Susan van Keulen |
| 16 | *Plaintiff(s):* Kimberly Exton<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Northern District of New York | 6:23-cv-00282 | David N. Hurd |
| 17 | *Plaintiff(s):* Geri Kanesta-Rychner<br><br>*Defendant(s):*Horizon Therapeutics USA, Inc. | Western District of Washington | 3:23-cv-05221 | Robert S. Lasnik |

| 18 | *Plaintiff(s):* Angela Simpson  *Defendant(s):* Horizon Therapeutics USA, Inc. | Middle District of Georgia | 4:23-cv-00055-CDL | Clay D. Land |

Dated: March 23, 2023

Respectfully submitted,

*/s/ Brandon L. Bogle*
Brandon L. Bogle, Esquire *(Pro Hac Vice to be Filed)*
Florida Bar Number: 52624
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
  BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Telephone: (850) 435-7043
Email: bbogle@levinlaw.com

Michelle A. Rudderow (*Local Counsel*)
N.D.N.Y. Bar Roll No. 514009
Rudderow Law PLLC
205 South Salina Street − Suite 403
Syracuse, NY 13202
Telephone: (315) 228-0711
michelle@rudderow−law.com

Attorneys for Movant-Plaintiff Kimberly Exton